OPINION — AG — QUESTION: "THIS OFFICE HAS COMPLIED A LIST OF STATE AND COUNTY OFFICERS TO BE NOMINATED AT THE REGULAR AND RUN OFF PRIMARIES MAY 5, 1964 AND MAY 26, 1964 AND ELECTED AT THE GENERAL ELECTION TO BE HELD NOVEMBER 26, 1964. WE WOULD GREATLY APPRECIATE YOUR OPINION AS TO WHETHER NOR NOT THIS LIST IS CORRECT. `SAID LIST IS ATTACHED, CONSISTING OF TWO PAGES WITH THE FOLLOWING SUB HEADING (1) STATE OFFICERS (2) CONGRESS (3) COURTS (4) COUNTY OFFICERS' THE STATE LEGISLATURE IS NOT INCLUDED AT THIS TIME, BUT WILL BE SUBMITTED LATER WHEN THE APPORTIONMENT OF SAME IS DECIDED BY HIGHER AUTHORITY." ANSWER: AFFIRMATIVE CITE: ARTICLE III, SECTION 5, 26 O.S. 1961 511-522 [26-511] — [26-522], 51 O.S. 1961 12 [51-12], 20 O.S. 1961 33 [20-33], 20 O.S. 1961 34 [20-34], 20 O.S. 1963 Supp., 92 [20-92](H) ARTICLE XVII, SECTION 2, 19 O.S. 1961 131 [19-131] [19-131], 70 O.S. 1961 3-1 [70-3-1], 11 O.S. 1961 956.1-956.33 [11-956.1] — [11-956.33] (FRED HANSEN)